# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUN ADAMS, | : |
| Plaintiff, | : |
| v. | : No. 4:15-CV-1236 |
| CORRECTIONAL OFFICER, CORNELIUS, ET AL., | : (Judge Brann) |
| Defendants. | : |

## ORDER

**AND NOW**, this 19th day of March 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 56) is **GRANTED.**

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge